UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK DIAZ CRUZ,<br>                *Plaintiff*,<br><br>v.<br><br>JOHN DOE 1, Officer of U.S. Immigration and Customs Enforcement,<br><br>                *Defendant*. | Index No. 20 Civ. 891 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated March 17, 2020 and Declaration of Scout Katovich dated March 17, 2020, and annexed exhibits, Plaintiff Erick Diaz Cruz will move this Court, at such convenient time as counsel may be heard, pursuant to Federal Rules of Civil Procedure 26(d)(1) and 45 for an Order permitting Plaintiff to take immediate discovery for the limited purpose of identifying the Doe defendant in this case, and for such other relief as the Court deems appropriate and just.

Dated: New York, New York
       March 17, 2020

                                            EMERY CELLI BRINCKERHOFF
                                            & ABADY LLP

                                            By:      /s/
                                                     Scout Katovich
                                                     Katherine Rosenfeld
                                                     600 Fifth Avenue, 10th Floor
                                                     New York, New York 10020
                                                     (212) 763-5000

                                                     *Attorneys for Plaintiff*