# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK DIAZ CRUZ,<br>    *Plaintiff*,<br><br>v.<br><br>JOHN DOE 1, Officer of U.S. Immigration and Customs Enforcement,<br><br>    *Defendant*. | Index No. 20 Civ. 891<br><br>**[PROPOSED] ORDER** |

  The Court, having reviewed the Plaintiff's motion for leave to take immediate discovery, the memorandum of law in support thereof, and the declaration of Scout Katovich, dated March 17, 2020 (the "Katovich Declaration") and the exhibits thereto, finds that good cause exists to permit expedited discovery to identify the Doe defendant in this action ("Defendant Doe").

  It is therefore ORDERED that Plaintiff is granted leave to serve the subpoena annexed as Exhibit B to the Katovich Declaration (the "Subpoena") on United States Immigration and Customs Enforcement ("ICE").

  It is FURTHER ORDERED that within five days of service of the subpoena on it, ICE shall provide Defendant Doe with a copy of the Subpoena and the Complaint in this action.

  It is FURTHER ORDERED that ICE shall not produce the documents requested in the Subpoena to the Plaintiff until at least two weeks after Defendant Doe is provided with a copy of the Subpoena and Complaint.

  It is FURTHER ORDERED that, absent further order of the Court, the documents requested in the Subpoena shall be produced to Plaintiff within three weeks of service of the Subpoena on ICE.

Dated: _____, 2020           SO ORDERED.


                                                                    ERIC R. KOMITEE
                                                                    United States District Judge