Form 27 - AFFIDAVIT OF SERVICE


P3500154

**ELEFTERAKIS, ELEFTERAKIS & PANEK**   Wolf Pamphile
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK DIAZ CRUZ | index No. **1:20-CV-00891-EK-SJB** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| HENRY V. SANTANA, OFFICER OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **JULY, 2020 4:05PM** at
  **C/O DEPARTMENT OF HOMELAND SECURITY/U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, NYC FUGITIVE OPERATIONS 26 FEDERAL PLAZA**
  **NEW YORK NY 10278**
I served a true copy of the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** upon **HENRY V. SANTANA, OFFICER OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** the **DEFENDANT** therein named by delivering to, and leaving personally with **WEN-TING CHENG ESQ, ATTORNEY AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **ASIAN** HAIR: **BLACK**
APP.AGE: **40** APP. HT: **5'6** APP. WT: **135**
OTHER IDENTIFYING FEATURES
**MASK**

Sworn to before me this
21ST day of JULY, 2020

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

ERIC GOLDKLANK DCA LIC #1298914
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-JE1-3500154

2a