# Exhibit A

| DISCOVERY PLAN WORKSHEET | |
|---|---|
| **Phase I (Pre-Settlement Discovery)** | |
| **Deadline for completion of Rule 26(a) initial disclosures and any HIPAA-complaint records authorizations:** | Rule 26(a) disclosures: 12/4/20<br>HIPAA:  12/28/20 |
| **Completion date for Phase I Discovery as agreed upon by the parties:**<br>*(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | 2/9/21 |
| **Date for initial settlement conference:**<br>*(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | 2/24/21 |
| **Phase II (Discovery and Motion Practice)** | |
| **Motion to join new parties or amend the pleadings:**<br>*(Presumptively 15 days post initial settlement conference)* | 3/9/21 |
| **First requests for production of documents and for interrogatories due by:**<br>*(Presumptively 15 days post joining/amending)* | 3/24/21 |
| **All fact discovery completed by:**<br>*(Presumptively 3.5 months post first requests for documents/interrogatories)* | End of fact depositions: 7/3/21<br>End of fact discovery: 7/10/21 |
| **Exchange of expert reports completed by:**<br>*(Presumptively 30 days post fact discovery)* | Plaint. expert rpts.: 9/10/21<br><br>Def. expert rpts.: 11/30/21 |
| **Expert depositions completed by:**<br>*(Presumptively 30 days post expert reports)* | 1/30/22 |
| **COMPLETION OF ALL DISCOVERY BY:**<br>*(Presumptively 9 months after Initial Conference)* | 1/30/22 |
| **Final date to take first step in dispositive motion practice:**<br>*(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | 3/2/22 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No |