UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK DIAZ CRUZ,<br><br>                                  Plaintiff,<br><br>-against-<br><br>HENRY V. SANTANA, Officer of U.S. Immigration and Customs Enforcement,<br><br>                                  Defendant. | NOTICE OF MOTION<br><br>20 CV 891 (EK) (SJB) |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and upon all the prior pleadings and proceedings herein, plaintiff, by and through his attorneys, hereby respectfully moves this Honorable Court for an order amending the Rule 16 Scheduling Order dated December 11, 2020 to set April 20, 2021 as the deadline for plaintiff to amend the complaint and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Loc. Civ. R. 6.1(b), memoranda in opposition, if any, shall be served by January 6, 2021.

Dated:     Briarcliff Manor, New York
             December 23, 2020

                                                        ELEFTERAKIS, ELEFTERAKIS & PANEK

                                                        _____
                                                        Gabriel P. Harvis
                                                        80 Pine Street, 38th Floor
                                                        New York, New York 10005
                                                        (212) 532-1116

                                                        *Attorneys for Plaintiff*

To:    Defense Counsel (by ECF)