Elizabeth Wolstein
Partner

212 612-0688
ewolstein@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 23, 2021

<u>BY ECF</u>
Hon. Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Cruz v. Santana,* No. 20-CV-891 (EK) (SJB)

Dear Judge Bulsara,

We represent Defendant Henry Santana in the above-referenced *Bivens* action. We write respectfully on behalf of Plaintiff and Mr. Santana to request that the Court so-order the enclosed proposed confidentiality order attached to this letter as Exhibit A. The proposed order is a copy of the Court's standard confidentiality order.

Thank you for your consideration of this matter.

Respectfully,

*/s/ Elizabeth Wolstein*

Elizabeth Wolstein

Cc:    Baree Fett, Esq. (via ECF)
        Gabriel P. Harvis, Esq. (via ECF)