David J. Goldsmith
Partner

Direct: 212 612-1220
dgoldsmith@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

December 7, 2021

By ECF

Hon. Eric Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Diaz Cruz v. United States & Henry V. Santana*,
      No. 20-CV-00891 (EK) (SJB) (E.D.N.Y.)

Dear Judge Komitee:

This Firm represents Defendant Henry V. Santana, a U.S. Immigration and Customs Enforcement deportation officer, in the above-referenced *Bivens* action.

We write respectfully with an update relevant to Officer Santana's motion to dismiss Plaintiff's Second Amended Complaint, which has been fully briefed since September 3, 2021.  *See* ECF Nos. 48 to 48-5.  The Complaint asserts *Bivens* claims against Officer Santana under the Fourth and Fifth Amendments for allegedly excessive force in connection with a February 2020 shooting incident.  The Complaint also asserts claims against the United States under the Federal Tort Claims Act.

On November 5, 2021, the U.S. Supreme Court granted certiorari in *Egbert v. Boule*, No. 21-147, a *Bivens* case involving claims against a Border Patrol agent.  *See* 2021 WL 5148065 (U.S. Nov. 5, 2021).  The questions presented are (i) whether a cause of action exists under *Bivens* for First Amendment retaliation claims; and, directly relevant here, (ii) whether a cause of action exists under *Bivens* for claims against federal officers engaged in immigration-related functions for allegedly violating a plaintiff's Fourth Amendment rights.  *See* Petition for a Writ of Certiorari at (I), *Egbert v. Boule*, No. 21-147 (U.S. July 30, 2021).

Plaintiff's brief in opposition to Officer Santana's motion to dismiss (ECF No. 48-3, at 18-19) relies heavily on the Ninth Circuit's ruling in *Boule* that Border Patrol agents may be liable under *Bivens* for allegedly violating Fourth Amendment rights in the course of securing the border.  *Boule v. Egbert*, 998 F.3d 370, 385-92 (9th Cir. 2021) (amended opinion); *see also id.* at 373-85 (separate opinions of Bumatay, Owens, and Bress, JJ., on behalf of 12 judges, each dissenting from denial of rehearing en banc).

Hon. Eric Komitee
United States District Judge
December 7, 2021
Page 2 of 2

It is our understanding that the Supreme Court will hear oral argument in *Egbert v. Boule* during its February 2022 sitting.

We are available to respond to any questions this Court may have.

Respectfully submitted,

*/s/ David J. Goldsmith*

David J. Goldsmith

cc:   All Counsel of Record
      (by ECF)